IN THE UNITED STATES DISTRICT COURT
THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| **MARCELINE WHITE** | * | |
| *On behalf of herself individually* | * | |
| *and similarly situated persons* | * | |
| **Plaintiff** | * | |
| | * | |
| v. | * | Case No: 1:20-cv-1259-RDB |
| | * | |
| **NEWREZ LLC, d/b/a SHELLPOINT** | * | |
| **MORTGAGE SERVICING *et al.*** | * | |
| | * | |
| **Defendants** | * | |
| | * | |

## PLAINTIFF'S MOTION TO REMAND

Plaintiff Marceline White respectfully submits this motion under 28 U.S.C. § 1447(c), and moves the Court to remand, all or part of, this action to the Circuit Court of Anne Arundel County, Maryland. As explained in the accompanying memorandum in support of this motion, Defendants NewRez LLC, d/b/a Shellpoint Mortgage Servicing ("Shellpoint") and Federal National Mortgage Association ("Fannie Mae") have failed to carry their burden to establish that this Court has subject matter jurisdiction under either 28 U.S.C.A. § 1331 or 28 U.S.C. § 1332.

Specifically, because Ms. White challenges the Defendants' removal, Shellpoint and Fannie Mae must bear the burden of demonstrating the limited jurisdiction of this Court exists which they have not done in their Notice of Removal. In addition, Shellpoint and Fannie Mae are not permitted to assert this Court's general diversity jurisdiction by aggregating the claims of the putative class members to establish general diversity jurisdiction or to claim this Court's federal question jurisdiction based upon state law claims. Finally, since parties cannot confer on this Court subject matter jurisdiction by consent or inaction, Ms. White brings this motion

now at this early stage to avoid any later, collateral challenges.

                                          Respectfully submitted,

                                          /s/ Phillip R. Robinson
Phillip R. Robinson
Federal Bar No. 27824
Consumer Law Center LLC
8737 Colesville Road, Suite 308
Silver Spring, MD 20910
(301) 448-1304
phillip@marylandconsumer.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

This is to certify that on this day the foregoing, attachments, and proposed order were served via the Court's electronic filing on all counsel and parties of record.

                                          _/s/ Phillip R. Robinson_____
Phillip Robinson