**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Southern Division)**

| | |
|---|---|
| **CHATEL GRAYSON,**  *On Her Behalf and on Behalf of Four Classes of Similarly Situated Persons* | \* \* \* \* \* |
| Plaintiff, | \* \* |
| v. | \* \* |
| **FREEDOM MORTGAGE CORPORATION** | \* \* \* |
| Defendant. | |

Civil No. 8:18-cv-01375-GJH

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**EXHIBIT 2 TO**

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND**

5/17/2020                                                  Customer Service Portal



- ⬛ Loan ID:▬▬▬576

- Signed in: MARCELINE WHITE
    - PREFERENCES
    - CHANGE PASSWORD
    - SECURITY QUESTIONS
    - NOTIFICATION PREFERENCES
    - TERMS & CONDITIONS
    - SIGN OUT
- Last Login: 05/11/2020 01:02 PM

- Loan ID: ▬▬▬576

- Signed in: MARCELINE WHITE
    - PREFERENCES
    - CHANGE PASSWORD
    - SECURITY QUESTIONS
    - NOTIFICATION PREFERENCES
    - TERMS & CONDITIONS
    - SIGN OUT
- ACTIVITY
    - SUMMARY
    - DETAIL
    - PAYMENT HISTORY
- PAYMENTS
    - SCHEDULE PAYMENT
    - VIEW PENDING PAYMENT
    - SCHEDULE RECURRING PAYMENT
    - REQUEST PAYOFF
- STATEMENTS
    - MONTHLY
    - 1098 - YEARLY
    - TAXES & INSURANCE
- ONLINE SERVICES
    - CONTACT PREFERENCES

5/17/2020                                                                 Customer Service Portal

- AVAILABLE DOCUMENTS
  - LOSS MITIGATION DOCUMENTS
  - HOMEOWNER ASSISTANCE SOLUTIONS
- HELP
  - FAQS
  - CONTACT US
- MY PROFILE
  - PREFERENCES
  - CHANGE PASSWORD
  - SECURITY QUESTIONS
  - NOTIFICATION PREFERENCES
  - TERMS & CONDITIONS
  - SIGN OUT

## Payment history

| Transaction Date | Due Date | Transaction Amount | Description | Principal Amount | Interest Amount | Escrow Amount | Late Charge Amount | Principal Balance | Escrow Balance |
|---|---|---|---|---|---|---|---|---|---|
| 05/06/2020 | 05/01/2020 | $2,756.12 | Regular Payment | $936.10 | $909.55 | $910.47 | $0.00 | $271,929.49 | $6,343.36 |
| 04/02/2020 | 04/01/2020 | $2,916.97 | Regular Payment | $837.56 | $1,168.94 | $910.47 | $0.00 | $272,865.59 | $5,432.89 |
| 03/17/2020 | 03/01/2020 | -$100.33 | Late Charge Assess | $0.00 | $0.00 | $0.00 | -$100.33 | $277,017.92 | $1,030.12 |
| 03/17/2020 | 12/01/2019 | $2,860.42 | Regular Payment | $823.40 | $1,183.10 | $853.92 | $0.00 | $276,194.52 | $1,884.04 |
| 03/17/2020 | 01/01/2020 | $2,860.42 | Regular Payment | $826.92 | $1,179.58 | $853.92 | $0.00 | $275,367.60 | $2,737.96 |
| 03/17/2020 | 02/01/2020 | $2,898.73 | Regular Payment | $830.45 | $1,176.05 | $892.23 | $0.00 | $274,537.15 | $3,630.19 |
| 03/17/2020 | 03/01/2020 | $2,898.73 | Regular Payment | $834.00 | $1,172.50 | $892.23 | $0.00 | $273,703.15 | $4,522.42 |
| 03/17/2020 | 04/01/2020 | $200.66 | Late Charge Payment | $0.00 | $0.00 | $0.00 | $200.66 | $273,703.15 | $4,522.42 |
| 03/17/2020 | 04/01/2020 | $40.20 | Other Fee Payment | $0.00 | $0.00 | $0.00 | $0.00 | $273,703.15 | $4,522.42 |
| 03/17/2020 | 04/01/2020 | $30.00 | Other Fee Payment | $0.00 | $0.00 | $0.00 | $0.00 | $273,703.15 | $4,522.42 |

https://www.shellpointmortgageservicing.com/#/loan/0579399576/history                                                      2/4

5/17/2020                                              Customer Service Portal

| Transaction Date | Due Date | Transaction Amount | Description | Principal Amount | Interest Amount | Escrow Amount | Late Charge Amount | Principal Balance | Escrow Balance |
|---|---|---|---|---|---|---|---|---|---|
| 03/17/2020 | 04/01/2020 | $15.00 | Miscellaneous Fee | $0.00 | $0.00 | $0.00 | $0.00 | $273,703.15 | $4,522.42 |
| 03/01/2020 | 02/01/2020 | -$100.33 | Late Charge Assess | $0.00 | $0.00 | $0.00 | -$100.33 | $277,017.92 | $1,030.12 |

Show more...

**Make a Payment**

**Loan Details**

**Mortgage Help**

**Statements**

**FAQs**

https://www.shellpointmortgageservicing.com/#/loan/0579399576/history                                              3/4

5/17/2020                                                                Customer Service Portal

**Contact Us**

**Our commitment**

Shellpoint Mortgage Servicing is committed to working with each of our customers to provide the highest level of service possible.

**About us**

*NewRez LLC*
*dba Shellpoint Mortgage Servicing*
*P.O. Box 10826*
*Greenville, SC 29603-0826*
*Main Office NMLS ID# 1105391*

*NewRez LLC*
*dba Shellpoint Mortgage Servicing*
*Houston, TX*
*Branch Office NMLS ID# 1105392*

**Contact us**

*Toll-free Phone: +1 (800) 365-7107*
*Toll-free Fax: +1 (866) 467-1137*
*Website: Shellpoint Mortgage Servicing*

*Hours:*
*Monday - Friday: 8am - 10pm EST*
*Saturday: 8am - 3pm EST*

© 2020 Shellpoint Mortgage Servicing   All rights reserved   Legal Disclosures   Mortgage Servicing Fee Schedule   Mortgage Servicing Privacy Notice Do Not Sell My Personal Information



Loading...