IN THE UNITED STATES DISTRICT COURT
THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| **MARCELINE WHITE** | * | |
| *On behalf of herself individually* | * | |
| *and similarly situated persons* | * | |
| **Plaintiff** | * | |
| | * | |
| v. | * | Case No: 1:20-cv-1259-RDB |
| | * | |
| **NEWREZ LLC, d/b/a SHELLPOINT** | * | |
| **MORTGAGE SERVICING *et al.*** | * | |
| | * | |
| **Defendants** | * | |
| | * | |

## ORDER

Upon consideration of Plaintiff Marceline White's' Motion to Remand, and the opposition thereto, if any, the Court does hereby GRANT the motion and remands this matter to the Circuit Court for Anne Arundel County, Maryland. The Court also FINDS that Defendants NewRez LLC, d/b/a Shellpoint Mortgage Servicing and Federal National Mortgage Association did not meet its burden to demonstrate that either the Plaintiff or any putative class members' individual damages and losses subject to this action meet the amount-in-controversy threshold for this Court's subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a) or involve federal question jurisdiction pursuant to 28 U.S.C.A. § 1331.

_____
The Honorable Richard D. Bennett
District Judge